JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MITCHELL TAEBEL, | No. CV 19-00669-PA (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| U.S, DOJ, FBI, | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 18, 2019

PERCY ANDERSON
United States District Judge